AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Howell, Beryl A. | 2. Court or Organization<br><br>US District Court for the District of Columbia | 3. Date of Report<br><br>05/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>US Courthouse, Room 6600<br>333 Constitution Avenue, NW<br>Washington, DC 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Commissioner | United States Sentencing Commission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/17/2010 | Stroz Freedberg Joinder Agreement to Securities Purchase Agreement |
| 2. 4/20/2009 | Separation agreement with Stroz Friedberg |
| 3. 3/12/2007 | Stroz Friedberg Equity Incentive Plan/Restricted Stock Unit Award; no control |
| 4. 1/20/2008 | Stroz Friedberg Equity Incentive Plan / Restricted Stock Unit Award Agreement; no control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2012 | Howard Hughes Medical Institute, salary |
| 2. | 2012 | National Geographic Society, bonus and freelance income from writing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (svgs, money market,) checking) | A | Interest | M | T | | | | | |
| 2. Schwab Advisor Cash Reserves | A | Interest | | | Closed | 06/15/12 | M | | |
| 3. Schwab US Treasury Money Fund | A | Interest | | | Closed | 06/15/12 | P1 | | |
| 4. Schwab Gov't Money Fund | A | Interest | O | T | Buy (add'l) | 06/15/12 | P1 | | |
| 5. Stroz Friedberg LLC, stock and RSU's | G | Dividend | P1 | W | | | | | |
| 6. TIAA CREF Money Market (401k) | | None | | | Closed | 03/27/12 | J | | |
| 7. Vanguard Growth Index Fund (401K) | | None | M | T | Buy (add'l) | 03/27/12 | J | | |
| 8. American Funds VCPS/College America Money Market Fund | | None | N | T | Distributed (part) | 07/30/12 | K | | |
| 9. | | | | | Distributed (part) | 08/06/12 | K | | |
| 10. | | | | | Distributed (part) | 12/07/12 | K | | |
| 11. MONY whole life insurance policy | A | Interest | J | T | | | | | |
| 12. Fairfax County, VA Tax Exempt Bond | B | Interest | L | T | | | | | |
| 13. Federal Home Loan Bank Fixed Income account | A | Interest | | | Sold | 06/20/12 | K | | |
| 14. Hanover County VA Go Pub Impt-Ser Tax exempt Bond | A | Interest | | | Sold | 01/15/12 | K | | |
| 15. Ishares DJ US Oil Equipment ETF | A | Dividend | J | T | | | | | |
| 16. Ishares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 17. Turner Large Core Growth Institutional ETF Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US Inflation Index Bond --Government bond | B | Interest | N | T | Buy (add'l) | 01/19/12 | L | | |
| 19. Pimco Real Return Inst Fund | A | Dividend | J | T | | | | | |
| 20. SPDR S & P Biotech ETF | | None | J | T | | | | | |
| 21. Technology SPDR | A | Dividend | M | T | Buy (add'l) | 12/18/12 | M | | |
| 22. Goldman Sachs High Yield Fd Int Class | B | Dividend | | | Buy | 03/13/12 | K | | |
| 23. | | | | | Sold | 11/13/12 | K | A | |
| 24. Ishares Comex Gold Trust Fund | | None | J | T | Buy | 02/21/12 | J | | |
| 25. Ishares DJ US Transportation Index Fd | B | Dividend | M | T | Buy | 03/13/12 | M | | |
| 26. Ishares Health Care Providers Index Fd | A | Dividend | L | T | Buy | 03/13/12 | L | | |
| 27. Ishares S & P N American Natural Resource Fd | A | Dividend | K | T | Buy | 03/13/12 | L | | |
| 28. Ishares TR Russel 2000 Growth Index | A | Dividend | L | T | Buy | 06/19/12 | L | | |
| 29. Sector SPDR Financial Select Shares | A | Dividend | L | T | Buy | 06/20/12 | L | | |
| 30. SPDR Consumer Discretioanry ETF | A | Dividend | L | T | Buy | 06/20/12 | L | | |
| 31. SPDR Gold Shares | | None | K | T | Buy | 02/21/12 | K | | |
| 32. SPDR Healthcare ETF | A | Dividend | M | T | Buy | 08/03/12 | M | | |
| 33. SPDR Industrials ETF | A | Dividend | M | T | Buy | 08/03/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Howell, Beryl A. | 05/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII Investments and Trusts)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beryl A. Howell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544